SAVA KEHAYA v. E. PALMER BURNHAM and Others.— Motion denied, with

ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.